# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00219-CV

**Hallmark Specialty Underwriters, Inc. and Hallmark Specialty Insurance Company, Appellants**

**v.**

**Texas Mutual Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-14-003789, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Hallmark Specialty Underwriters, Inc. and Hallmark Specialty Insurance Company have filed an unopposed motion to dismiss the appeal, explaining that the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellants' Motion

Filed:   August 12, 2015